1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | ALEXANDER SOROKA,                    )    No. EDCV 12-1163-MMM (CW)
                                          )
12 |                 Plaintiff,           )    ORDER ACCEPTING THE FINDINGS
                                          )    AND RECOMMENDATIONS OF THE UNITED
13 |                 v.                   )    STATES MAGISTRATE JUDGE
                                          )
14 | CAROLYN W. COLVIN,                   )
     Commissioner of Social              )
15 | Security,                            )
                                          )
16 |                 Defendant.           )
                                          )
17 | _____   )

18 |     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19 | Complaint and all other papers in this case, including the Report and

20 | Recommendation of the United States Magistrate Judge.

21 |     **IT IS THEREFORE ORDERED** that (1) the Report and Recommendation of

22 | the United States Magistrate Judge is accepted, (2) the decision of the

23 | Commissioner of the Social Security Administration is reversed, and (3)

24 | the matter is remanded for further proceedings as set forth in the

25 | Report and Recommendation.

26 | //

27 | //

28 | //

1     **IT IS FURTHER ORDERED** that the Clerk shall serve forthwith a copy

2 of this Order and the Judgment of this date on the parties.

3

4 DATED:   January 14, 2014                   _____

                                                        MARGARET M. MORROW

5                                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28