UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER SOROKA, | ) | No. EDCV 12-1163-MMM (CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings.

DATED: January 14, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE